Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Frank R. Trechsel (SBN 312199)
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GRIFFIN, et al., | Case No.: 2:24-cv-00318 MRA-AS |
| Plaintiffs, | *Honorable Mónica Ramírez Almadani* |
| v. | **NOTICE OF SETTLEMENT** |
| GUESS ?, INC., et al., | |
| Defendants. | |

*TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD*:

PLEASE TAKE NOTICE that a settlement to resolve all claims at issue in the action has been reached. The parties anticipate the filing of a Stipulation of Dismissal of the action, with prejudice, within 60 days of this filing. So owing, the parties respectfully request that the Court take the current case dates and deadlines off-calendar and either set an Order to Show Cause re Settlement for a date 60 days in the future or retain jurisdiction for the purposes of enforcing the settlement agreement.

Respectfully submitted,

Dated: July 30, 2024   By:   /s/ *Scott Alan Burroughs*
Scott Alan Burroughs, Esq.
Frank R. Trechsel, Esq.
DONIGER / BURROUGHS
*Attorneys for Plaintiff*

Dated: July 30, 2024   By:   /s/ *Jordan Raphael*
Jordan Raphael
BYRON RAPHAEL LLP
*Attorneys for Defendants*

L.R. 5-4.3.4(a)(2)(i) Certification:

*All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

　　/s/ *Scott Alan Burroughs*
　　Scott Alan Burroughs, Esq.